**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

STEPHEN T. MITCHELL,

                **Plaintiff,**

    **-against-**

DETECTIVE TIMOTHY KRAFT, et al.

             **Defendants.**

------------------------------------------------------------ x

    **1:25-cv-10065 (ALC)**

    <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On April 29, 2026, Plaintiff filed a Third Amended Complaint.   ECF No. 20.   Plaintiff filed affirmation of service on Defendant City of New York, ECF No. 20, but has not filed proof of service on Defendant Kraft, despite being provided with his address, ECF No. 23.   Defendant City of New York did not object to service of the Third Amended Complaint.   *See* ECF No. 23.

Plaintiff is **GRANTED** leave to file the Third Amended Complaint.   Plaintiff is **ORDERED** to file proof of service on Defendant Kraft by **June 12, 2026**.   Defendant City of New York's deadline to respond to the Third Amended Complaint will be tolled until June 18, 2026.

**SO ORDERED.**

**Dated:**   June 4, 2026
     **New York, New York**

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**