**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**STEPHEN T. MITCHELL,**

**Plaintiff,**

**-against-**

**DETECTIVE TIMOTHY KRAFT, et al.**

**Defendants.**

---

**1:25-cv-10065 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On August 31, 2026, Defendants filed a request for a pre-motion conference in anticipation of a partial motion to dismiss. ECF No. 33. Plaintiff has requested an extension in time to respond to the letter. *See* ECF No. 35-36. Magistrate Judge Figueredo has also granted Plaintiff's request for appointment of counsel. *See* ECF No. 32.

Defendants' request is DENIED without prejudice, pending appointment of pro bono counsel. The parties shall file a joint status report within 60 days of the date of this Order.

**SO ORDERED.**

**Dated:** October 7, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**